IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LARRY DARNELL HOPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-04-1736-T |
| | ) | |
| MIKE ADDISON, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

Petitioner, a state prisoner appearing *pro se*, brought this action for a writ of habeas corpus

pursuant to 28 U.S.C. §2254.    In accordance with  28 U.S.C. §636(b)(1)(B), the matter was referred

to United States Magistrate Judge Robert E.  Bacharach  for initial proceedings.   Respondent filed  a

motion to dismiss the petition, arguing that the statute of limitations has expired on petitioner's claims.

The court file reflects that petitioner did not file a response to the motion to dismiss.  However, in

response to a previous order in which he was directed to show cause why this action should not be

dismissed as untimely, he argued that the statute of limitations should be tolled.  *See*  Doc. No. 7.

On March 29, 2005 the magistrate judge filed a Report and Recommendation [Doc. No. 13] in

which he considered petitioner's tolling argument and found that tolling does not apply.  Therefore, he

recommended that the motion to dismiss be granted.

In the Report and Recommendation, the magistrate judge advised petitioner of his right to object

to the findings and conclusions set forth therein, and he set an April 19, 2005 deadline for filing such

objection.  The magistrate judge further advised petitioner that a failure to timely file an objection would

result in a waiver of his right to appellate review of the Report and Recommendation.

To date, petitioner has not filed an objection and has not sought an extension of time in which to

do so.  In any event, the court agrees with the merits of the  recommendation that the action should be

dismissed as untimely.   Therefore, the Report and Recommendation [Doc. No. 5]  is adopted as though

fully set forth herein.  The action is dismissed.

IT IS SO ORDERED this   2nd   day of May 2005.


RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE